# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: THG Holdings LLC, et al., | : | Chapter 11 |
| Debtors. | : | Jointly Administered |
| _____ | : | |
| UNITED STATES OF AMERICA, | : | |
| Appellant, | : | |
| v. | : | C. A. No. 19-2215-RGA |
| TRUE HEALTH DIAGNOSTICS, LLC, | : | Bankruptcy Case No. 19-11689 (JTD) |
| | : | Bankruptcy BAP No. 19-80 |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **27th** day of **March, 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on January 15, 2020 for an initial review and discussion with counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of that teleconference, mediation occurred on February 21, 2020.

WHEREAS, no resolution of this matter occurred and further mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Since then, counsel has proposed the following brief schedule regarding the

appeal of the confirmation order:

| | |
|---|---|
| Appellant United States' Opening Brief | April 15, 2020 |
| Appellee Debtor's Answering Brief | May 15, 2020 |
| Appellant United States' Reply Brief | May 29, 2020 |

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Based on the joint request for a briefing schedule by the parties, no objections pursuant Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1 are anticipated.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge